cc:DKW

ORIGINAL

HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 06 2019
at 1 o'clock and 25 min. P M
SUE BEITIA, CLERK   ES
UnPAID.
IPP. subm.

NAME   ROBERT M. LAUBE

MAILING ADDRESS   46-040 KONANE PL. #3801

CITY, STATE, ZIP CODE   KANEOHE, HI 96744

TELEPHONE NUMBER   (808) 235-0456

FACSIMILE AND EMAIL (if applicable)   rlaube@hawaiiantel.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CIVIL NO. **CV19  00423** DKW RT

ROBERT M. LAUBE

                    Plaintiff,

vs. QUEENS Medical Center

                    Defendant(s),

EMPLOYMENT DISCRIMINATION
COMPLAINT

1. Plaintiff resides at:

   Address:   46-040 KONANE PL #3801

   City, State & Zip Code   Kaneohe, HI 96744

   Phone number:   (808) 235-0456

2. Defendant is located at:

   Address:   1301 Punchbowl Street

   City, State & Zip Code   Honolulu HI 96813

EEO 1 - Page1

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4.    This acts complained of in this suit concern:

A.    ☐    Failure to employ me.

B.    ☒    Termination of my employment

C.    ☐    Failure to promote me.

D.    ☐    Other acts as specified below:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

EEO 1 - Page2

5.   Defendant's conduct is discriminatory with respect to the following:

A.   ☒   My race or color.

B.   ☐   My religion.

C.   ☐   My sex.

D.   ☐   My national origin.

E.   ☐   Other acts as specified below:

_____

_____

6.   The basic facts surrounding my claim of discrimination are:

Falsification of evidence by ASIANS that led to my termination of employment, Mgr Leslie Pang repeatedly threatened and harrassed me from 2012 until I issued a complaint; During a department of Health investigation Dr Erlaine Bello conspired with HR's Michael Kakenure and Nana Tomencha to get me Terminated for no other reason than my race as institution 3 Controlled and run by ASIANS

EEO 1 - Page3

7. The alleged discrimination occurred on or about ___7-23-18___.
   (Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about _____.
   (Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: ___7-23-19___

_____
Signature of Plaintiff

ROBERT LAUBE

_____
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*

# HAWAI'I CIVIL RIGHTS COMMISSION

830 PUNCHBOWL STREET, ROOM 411 • HONOLULU, HI 96813-5095 • PHONE: (808) 586-8636 • FAX: (808) 586-8655 • TTY: (808) 586-8692

May 6, 2019

Robert Laube
46-040 Konane Place #3801
Kaneohe, HI 96744

Dear Mr. Laube,

> Re:   Notice of Dismissal and Right to Sue in
>       Robert Laube vs. The Queen's Medical Center
>       FEPA No. 20609; EEOC No. 486-2019-00146

I have received notice that your complaint has been investigated by the Equal Employment Opportunity Commission, and a final determination regarding the complaint has been made by that agency.

Therefore, in accordance with Hawaii Administrative Rules (H.A.R.) §12-46-11, your case has been closed effective the date of notice at the top of this letter, I am dismissing your complaint and issuing you a right to sue. You have the right to file a private lawsuit against the Respondent in the State Circuit Court within ninety (90) days after receipt of this notice pursuant to Hawaii Revised Statutes §368-12 and H.A.R. §12-46-20. This letter serves as your Right to Sue document and you may be required to provide it to the Court should you decide to file a private lawsuit in this matter.

Sincerely,

William D. Hoshijo
Executive Director

WDH:csm

c: Chief Executive Officer